E. A. CHILDS, as Receiver, etc., Respondent, *v.* KIRK B. CRANE et al., Appellants.

(Submitted October 8, 1894; decided October 23, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 27, 1894, which affirmed an order of Special Term denying a motion by defendants to compel plaintiff to separately state and number causes of action in the complaint, to make the complaint more definite and to strike out portions of it as irrelevant and redundant.

*Rufus Scott* for appellants.

*A. L. Purdy* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

CHARLES P. HEMENWAY et al., Respondents, *v.* MORRIS F. KNEEDSON et al., Appellants.

(Argued October 8, 1894; decided October 23, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 9, 1894, which affirmed an order of Special Term denying a motion by defendants to suppress depositions taken on commission.

*George A. Black* for appellants.

*John S. Melcher* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.